UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER MATHEWS and KERRY MATHEWS, individually, and as parents and natural guardians of G.M., a minor,<br><br>Plaintiffs,<br><br>v.<br><br>ABINGTON HEIGHTS SCHOOL DISTRICT,<br><br>Defendant. | CIVIL ACTION NO. 3:22-CV-00959<br><br>(SAPORITO, M.J.) |

## ORDER

AND NOW, this 21st day of February, 2024, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The defendant's motion to dismiss (Doc. 16) is **GRANTED**;

2. The amended complaint is **DISMISSED** for failure to state a claim upon which relief can be granted, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure; and

3. The plaintiffs are granted leave to file a second amended complaint **within fourteen (14) days** after entry of this order, provided, however, that the scope of amendments is limited to the plaintiff's state-created danger substantive due process claim, previously set forth in

Count IV of the amended complaint.

/s/ Joseph F. Saporito, Jr.
JOSEPH F. SAPORITO, JR.
United States Magistrate Judge